# 2021 NEW ITEMS



# 2021 Innovation Calendar

| February | March | April | May |
|---|---|---|---|

 

# 2021 Innovation

## BUBLY FLAVOR EXTENSION

<u>Product Attributes:</u>
Refreshing and crisp naturally flavored  unsweetened sparkling water
No calories
No sweeteners
All smiles





**Bubly Berry Pom 8pk**

**Bubly WPG 8pk**



0  12000 19079  7



0  12000 19078  0



# 2021 Innovation



## BUBLY BOUNCE

<u>Product Attributes:</u>
Refreshing and crisp naturally flavored unsweetened
sparkling water (No calories, No sweeteners, All smiles)
Incremental "combo" fruit flavors
35mg caffeine/ 12oz











**Bubly Bnc MgoPfrt 8pk**   **Bubly Bnc Trp Bry 8pk**   **Bubly Bnc Bld Org Grft 8pk**   **Bubly Bnc MgoPfrt 16oz**   **Bubly Bnc Trp Bry 16oz**











0  12000 19439  9      0  12000 20568  2      0  12000 20566  8      0  12000 20029  8      0  12000 20335  0




# 2021 Innovation

## GATORLYTE

Insights:

Gatorlyte concept delivered strong scores, with high potential
Rapid rehydration claim leans into the key benefit of the category
Electrolit's buyer base is drawn to "rehydration benefits" from high electrolyte content, and Gatorlyte has a scientifically backed formula with higher electrolyte content than Electrolit
Launching in flavors that index highly with the Hispanic consumer

## BOLT 24 FLAVOR EXTENSION

Product Attributes:
- 10g Collagen
- Electrolytes from Watermelon & Sea Salt
- No Artificial Sweeteners or flavors, No Added Colors
- 40 calories per 16.9oz bottle



Strawberry Kiwi 20oz





Orange 20oz





Cherry Lime 20oz





Citrus Swish 28oz





Apple Pear 16.9oz



Peach Mango 16.9oz



0 52000 04791 2    0 52000 04790 5    0 52000 04900 8    0 52000 04824 7    0 52000 04777 6    0 52000 04778 3



# 2021 Innovation



## Product Attributes
- 180mg Caffeine/16oz Can
- 5% Real Fruit Juice
- Antioxidants (Vitamins A & C)
- 0g Added Sugar
- Zinc for Immune Support
- Citicoline for a mental boost
- Low Calorie – 25 Calories per 16oz Can













**Rise Pom Blu Brst**

**Rise Stw Mln Sprk**

**Rise Org Breeze**

**Rise Pch Mgo Dawn**

**Rise Trop Sunrise**

**Rise Bry Blitz**













0  12000 20629  0

0  12000 20644  3

0  12000 20632  5

0  12000 20638  2

0  12000 20635  1

0  12000 20641  2




# 2021 Innovation

## LIFEWTR

<u>Product Attributes</u>
- Zinc Helps Support Immune Function
- Good Source of Zinc (10% DV/12oz)
- Electrolytes for Taste
- Great Tasting & Hydrating

<u>Product Attributes</u>
Zero Sugar
20 calories
240mg caffeine
B-vitamins
Taurine



LifeWTR Immune  Support 1Lt





LIME CUCUMBER





WTR MELON KIWI





MANGO GUAVA






# 2021 Innovation

## PEPSI MANGO

<u>Product Attributes</u>
- Unique Ingredients: Mango Juice in Full Sugar Formula
- Caloric Content: Full Sugar Mango 150 cals per 12 oz (41g Sugar per 12oz)



**Pepsi Mango 20oz**



**Pepsi Mango 4/6/16.9oz**



**Pepsi Mango 2/12/12oz**



0  12000 18421  5



0  12000 20605  4



0  12000 18420  8




# 2021 Innovation

*FORMULATED TO DELIVER THE SAME FULL FLAVOR*
*& SWEETNESS OF REGULAR DR PEPPER*

## DR PEPPER ZERO                    DR PEPPER CREAM ZERO








| 2/12/12oz | 4/6/16.9oz | 2 liter | 20oz. | 2/12/12oz | 20oz. |







0 78000 03526 1    0 78000 03528 5    0 78000 03532 2    0 78000 03530 8    0 78000 03542 1    0 78000 03544 5




# 2021 Innovation

## 100 days of Summer LTO's







**Dew-S-A 12oz 12pk**    **Dew-S-A 16.9oz 6pk**    **Dew-S-A 20oz**    **Pepsi Blue 16.9oz 6pk**    **Pepsi Blue 20oz**







0  12000 20125 7    0  12000 20543 9    0  12000 20127 1    0  12000 20589 7    0  12000 20292 6




# 2021 Innovation
## Lipton Jug conversion



Green Tea Citrus 64oz



0 12000 20580 4



Dt Green Tea Citrus 64oz

0 12000 20582 8



Peach 64oz

0 12000 20584 2



Sweet 64oz



0 12000 20586 6