UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LABORATORIOS PISA S.A. de C.V; AND CAB ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PEPSICO, Inc.; AND STOKELY-VAN CAMP, INC., <br><br> Defendants. | Civ. Action No.: 7:21-CV-0062 <br><br> **(JURY DEMAND)** |

# [PROPOSED] ORDER GRANTING EMERGENCY HEARING ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND <u>PRELIMINARY INJUNCTION</u>

Upon review of the Complaint of Plaintiffs Laboratorios Pisa S.A. de C.V ("Pisa") and CAB Enterprises, Inc. ("CAB") (collectively "Plaintiffs"), the memorandum of law submitted in support of this Order, and the accompanying declarations and exhibits, and for good cause shown, it is hereby:

ORDERED that an Emergency Hearing on Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction will be held on February 19, 2021 at __ o'clock _.m. via videoconference.

Issued: February __, 2021 at __ o' clock __.m.        _____

UNITED STATES DISTRICT JUDGE

1