Case 7:21-cv-00062   Document 41   Filed on 03/10/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LABORATORIOS PISA S.A. de C.V.; and CAB ENTERPRISES, INC., § § § Plaintiffs, § § VS. § PEPSICO, INC.; and STOKELY-VAN CAMP INC., § § § Defendants. § | § § § § § § CIVIL ACTION NO. 7:21-cv-00062 § § § § § § |

# **ORDER**

The Court now considers the parties' "Joint Stipulation to Withdraw Plaintiffs' Motion for a Temporary Restraining Order, Order to Dissolve the February 27, 2021 Temporary Restraining Order, and Proposed Order of Dismissal with Prejudice."[1] The parties have "reached a confidential settlement agreement" and stipulate that this case be dismissed with prejudice.[2] Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs may dismiss an action without a Court order by filing a notice of dismissal before Defendants file an answer or motion for summary judgment. Because the parties stipulated to dismissal before Defendants filed either an answer or motion for summary judgment, Plaintiffs have effectively dismissed the case and no further action by this Court is necessary.[3]

The Court's February 27, 2021 Temporary Restraining Order expires upon further order of the Court.[4] In light of the parties' stipulation of dismissal and request that the Court dissolve

---

[1] Dkt. No. 40.
[2] *Id.* at 2.
[3] *See Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).
[4] Dkt. No. 35 at 20.

its Temporary Restraining Order,[5] the Court hereby **DISSOLVES** its Temporary Restraining Order[6] and the effect of all temporary injunctions.

All of Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of March 2021.

_____
Micaela Alvarez
United States District Judge

---

[5] Dkt. No. 40 at 2, ¶ 2.
[6] Dkt. No. 35.